RECEIVED
OCT - 9 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ROBERT I. BRUMLEY,<br>　　　Appellant | CIVIL ACTION<br>NO. 2:12-CV-02966 |
| VERSUS | |
| U.S. COMMISSIONER OF SOCIAL<br>SECURITY,<br>　　　Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

　　For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

　　IT IS ORDERED that Brumley's appeal is GRANTED and the final decision of the Commissioner is REVERSED because it is not based on substantial evidence and is not a correct application of the relevant legal standards. Brumley's case is REMANDED to the Commissioner for further proceedings *only* to determine Brumley's correct disability onset date.

　　THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _9th_ day of _October_ 2013.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE