U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 1 2015

TONY R. MOORE, CLERK
BY _____ MB _____
　　　　　　DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT I. BRUMLEY | CIVIL ACTION 12-2966 |
| VERSUS | U.S. DISTRICT JUDGE JAMES T. TRIMBLE, JR. |
| CAROLYN W. COLVIN, Commissioner | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by claimant, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that attorney's fees pursuant to 42 U.S.C. §406(b) are awarded in the amount of $14,840.73 and are ordered paid to claimant's attorney, Jesse Paul Lind, subject to the following:

　　a) the amount of $1,069.65 be deducted from the award for the EAJA fees previously ordered paid,

　　b) in the event of a prior or concurrent award of administrative representation fees under 406(a) the award should be reduced so that the total award of all fees does not exceed 25% of the benefit amounts awarded, and,

　　3) the agency's obligation to disburse funds to counsel is limited to the amount of

plaintiff's past-due benefits currently held by the agency.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 21st day of April, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE